1  THOMAS A. WOODS (SB #210050)
   tawoods@stoel.com
2  BRYAN L. HAWKINS (SB #238346)
   blhawkins@stoel.com
3  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
4  Sacramento, CA  95814
   Telephone:  (916) 447-0700
5  Facsimile:  (916) 447-4781

6  Attorneys for Defendants
   BANK OF NEW YORK MELLON fka THE BANK
7  OF NEW YORK, AS TRUSTEE ON BEHALF OF
   THE HOLDERS OF THE ALTERNATIVE LOAN
8  TRUST 2007-OH2, MORTGAGE PASS-
   THROUGH CERTIFICATES, SERIES 2007-OH2;
9  SELECT PORTFOLIO SERVICING, INC.; and
   NATIONAL DEFAULT SERVICING
10 CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED S. HUSSEIN and ROZINA HUSSEIN,<br><br>            Plaintiff,<br><br>     v.<br><br>BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-OH2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OH2; NATIONAL DEFAULT SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; and DOES 1-50 inclusive,<br><br>            Defendants. | Case No. 3:15-cv-00907-WHA<br><br>**STIPULATED REQUEST TO CONTINUE MAY 28, 2015, INITIAL CASE MANAGEMENT CONFERENCE**; ORDER<br><br>Date: May 28, 2015<br>Time: 8:00 a.m.<br>Location: Courtroom 8, 19th Floor<br>Judge: William Alsup<br><br>(Alameda County Superior Court, Case No. RG15756589)<br><br>Complaint Filed: January 29, 2015<br>Removal Filed: February 27, 2015 |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATED REQUEST TO CONTINUE  INITIAL CMC     -1-

78960291.1 0052161-02303

The Parties, by and through their undersigned counsel, hereby recite and stipulate, subject to the Court's approval as provided for herein, as follows:

RECITALS

1. On January 29, 2015, Plaintiffs Mohammed S. Hussein and Rozina Hussein ("Plaintiffs") filed their complaint in this action against The Bank of New York Mellon, fka The Bank of New York, as Trustee on Behalf of the Holders of the Alternative Loan Trust 2007-OH2, Mortgage Pass-Through Certificates, Series 2007-OH2 ("BONY") Select Portfolio Servicing, Inc. ("SPS"), and National Default Servicing Corporation ("NDSC", collectively "Defendants") in the Alameda County Superior Court.

2. On February 27, 2015, Defendants removed this matter to this Court. ECF # 1. On this same day, this case was assigned to Magistrate Judge Kandis A. Westmore.

3. On March 2, 2015, Magistrate Judge Westmore issued an Initial Case Management Scheduling Order with ADR Deadlines. ECF # 5. This Order set the initial case management conference for May 26, 2015.

4. On March 6, 2015, Defendants filed their Motion to Dismiss. ECF # 11. The hearing on this motion was set for April 16, 2015. On this same day, Defendants filed their Consent to Proceed Before a US Magistrate Judge. ECF #10.

5. On March 20, 2015, Plaintiffs filed their Opposition to Defendants' motion. ECF #14. And on March 27, 2015, Defendants filed their reply. ECF # 15.

6. On April 13, 2015, the matter was assigned to this Court due to Plaintiffs' failure to consent to Magistrate Judge Westmore. ECF # 21.

7. On April 16, 2015, Defendants re-filed their Motion To Dismiss and noticed it before this Court. ECF # 22. The hearing on this motion was set for May 28, 2015.

8. On April 17, 2015, the Court issued a Minute Order setting the initial case management conference for May 28, 2015. ECF # 24.

9. On April 28, 2015, the Court issued an Order granting Defendants' Motion To Dismiss and vacating the hearing date. ECF # 26. This Order gave Plaintiffs until May 12, 2015, at noon to file a motion for leave to file an amended complaint.

10. On May 12, 2015, Plaintiffs filed their motion for leave to file an amended complaint. ECF # 27. The hearing on the motion is set to occur on July 2, 2015. ECF # 28. As the case is not yet at issue, and given the July 2 hearing on Plaintiffs' motion, the Parties request that the May 28, 2015, initial case management conference be continued to July 2, 2015 or to a later alternative time convenient to the Court. In addition to allowing the Parties' counsel to focus their efforts on the currently pending motion for leave, the continuance will also allow the Parties to best preserve their resources.

## STIPULATIONS

The Parties stipulate to a continuance of the May 28, 2015, initial case management conference (and related briefing statements) to July 2, 2015, or to a later alternative date convenient to the Court.

DATED: May 13, 2015          STOEL RIVES LLP

By:   /s/ Bryan L. Hawkins
BRYAN L. HAWKINS
Attorneys for Defendant
BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-OH2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OH2; SELECT PORTFOLIO SERVICING, INC.; and NATIONAL DEFAULT SERVICING CORPORATION

DATED: May 13, 2015          WESTERN LAW CONNECTION CORP

By:   /s/ Christopher G. Weston
CHRISTOPHER G. WESTON
Attorneys for Plaintiffs
MOHAMMED S. HUSSEIN and ROZINA HUSSEIN

ATTESTATION OF SIGNATURE:

I attest under penalty of perjury under the laws of the United States of America that I have received the concurrence in the filing of this document from the listed signatories as required by Local Rule 5-1(i)(3).

DATED: May 13, 2015 STOEL RIVES LLP

By: /s/ Bryan L. Hawkins
BRYAN L. HAWKINS
Attorneys for Defendant
BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-OH2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OH2; SELECT PORTFOLIO SERVICING, INC.; and NATIONAL DEFAULT SERVICING CORPORATION

THOMAS A. WOODS (SB #210050)
tawoods@stoel.com
BRYAN L. HAWKINS (SB #238346)
blhawkins@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Defendants
BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-OH2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OH2; SELECT PORTFOLIO SERVICING, INC.; and NATIONAL DEFAULT SERVICING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED S. HUSSEIN and ROZINA HUSSEIN,<br><br>              Plaintiff,<br><br>       v.<br><br>BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-OH2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OH2; NATIONAL DEFAULT SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; and DOES 1-50 inclusive,<br><br>              Defendants. | Case No. 3:15-cv-00907-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE MAY 28, 2015, INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date: May 28, 2015<br>Time: 8:00 a.m.<br>Location: Courtroom 8, 19th Floor<br>Judge: William Alsup<br><br>(Alameda County Superior Court, Case No. RG15756589)<br><br>Complaint Filed: January 29, 2015<br>Removal Filed: February 27, 2015 |

| | |
|---|---|
| 1 | [PROPOSED] ORDER |

Plaintiffs Mohammed S. Hussein and Rozina Hussein ("Plaintiffs") and Defendants The Bank of New York Mellon, fka The Bank of New York, as Trustee on Behalf of the Holders of the Alternative Loan Trust 2007-OH2, Mortgage Pass-Through Certificates, Series 2007-OH2 ("BONY") Select Portfolio Servicing, Inc. ("SPS"), and National Default Servicing Corporation's ("NDSC", collectively "Defendants") Stipulated Request to Continue the May 28, 2015, Initial Case Management Conference in this matter was filed on May 13, 2015.  The Court, having reviewed the Stipulation and finding good cause orders that:

The stipulated request is GRANTED.  The May 28, 2015, Initial Case Management Conference in this matter is continued to __July 2, 2015, at 8:00 A.M.__, ~~2015~~.

IT IS SO ORDERED.

Dated:  May 14, 2015.                      _____
                                           UNITED STATES DISTRICT COURT JUDGE
                                           WILLIAM ALSUP

[GRANTED — Judge William Alsup — United States District Court, Northern District of California seal]

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

THOMAS A. WOODS (SB #210050)
tawoods@stoel.com
BRYAN L. HAWKINS (SB #238346)
blhawkins@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Defendants
BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-OH2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OH2; SELECT PORTFOLIO SERVICING, INC.; and NATIONAL DEFAULT SERVICING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED S. HUSSEIN and ROZINA HUSSEIN,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-OH2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OH2; NATIONAL DEFAULT SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 4:15-cv-00907 WHA<br><br>**DEFENDANT SELECT PORTFOLIO SERVICING, INC.'s CERTIFICATE OF SERVICE**<br><br>Date: May 28, 2015<br>Time: 8:00 a.m.<br>Location: Courtroom 8, 19th Floor<br>Judge: William H. Alsup<br><br>(Alameda County Superior Court, Case No. RG15756589)<br><br>Complaint Filed: January 29, 2015<br>Removal Filed: February 27, 2015 |

I hereby certify that on May 14, 2015, I electronically filed the foregoing:

(1)   **STIPULATED REQUEST TO CONTINUE MAY 28, 2015, INITIAL CASE MANAGEMENT CONFERENCE**

with the Clerk of the Court using the CM/ECF system, which will send notification of such

---

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

DEFENDANT'S CERTIFICATE OF SERVICE        -1-

78346292.1 0052161-02303

1 | filing to the following persons in accordance with the Federal Rules of Civil Procedure at the
2 | email addresses listed below:

Christopher G. Weston, Esq.  *Attorneys for Plaintiffs*
Western Law Connection Corp.  *Mohammed S. Hussein and Rozina Hussein*
4311 Wilshire Boulevard, Suite 615
Los Angeles, CA  90010
323-936-0815
323-936-0700
Wlconnection@aol.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on May 14, 2015, at Sacramento, California.

_____
MARIA DAVIS