United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED S. HUSSEIN and ROZINA HUSSEIN,<br><br>    Plaintiffs,<br><br>  v.<br><br>BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-OH2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OH2; NATIONAL DEFAULT SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; and DOES 1–50 inclusive,<br><br>    Defendants.<br>  / | No. C 15-00907 WHA<br><br><br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND VACATING HEARING** |

A previous order granted defendants' motion to dismiss and provided that plaintiffs could move for leave to amend their complaint (Dkt. No. 26). Plaintiffs have since moved for leave to amendment their complaint and defendants stated that they do not oppose. Plaintiffs' motion for leave to amend is thus **GRANTED**. The motion hearing set for July 2, 2015, is hereby **VACATED**. Plaintiffs shall file their amended complaint by **JUNE 22, 2015.** The case management conference shall proceed as scheduled at **EIGHT A.M. ON JULY 2, 2015.**

**IT IS SO ORDERED.**

Dated: June 15, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE