IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMMED S. HUSSEIN and ROZINA HUSSEIN,

    Plaintiffs,

  v.

BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-OH2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OH2; NATIONAL DEFAULT SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; and DOES 1–50 inclusive,

    Defendants.

No. C 15-00907 WHA

**ORDER VACATING ORDER TO SHOW CAUSE HEARING**

    Based on the parties' stipulated dismissal of the case (Dkt. No. 43), the order to show cause hearing set for tomorrow is hereby **VACATED**. The Clerk shall **CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: July 16, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE